XAVIER BECERRA, State Bar No. 118517
Attorney General of California
SUSAN S. FIERING, State Bar No. 121621
Supervising Deputy Attorney General
ROSE B. FUA, State Bar No. 119757
HEATHER C. LESLIE, State Bar No. 305095
Deputy Attorneys General
 1515 Clay Street, 20th Floor
 P.O. Box 70550
 Oakland, CA  94612-0550
 Telephone:  (510) 879-0190
 Fax:  (510) 622-2270
 E-mail:  Rose.Fua@doj.ca.gov
*Attorneys for California Department of Toxic Substances Control*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL,**<br><br>Plaintiff,<br><br>v.<br><br>**APS WEST COAST, INC. DBA AMPORTS, A CALIFORNIA CORPORATION (FORMERLY KNOWN AS "BENICIA INDUSTRIES, INC."),**<br><br>Defendant. | **NOTICE OF RELATED CASE** |

The California Department of Toxic Substances Control (DTSC) has filed a complaint and proposed consent decree to resolve the above entitled action (AMPORTS).  AMPORTS is related to the action in *California Department of Toxic Substances Control v. The United States of America*, No. 2:16-cv-02897-JAM-AC (E.D. Cal. 2016) (United States).  These two actions are related because both actions involve the same property and involve the same question of law and their assignment to the same judge will likely result in a substantial savings of judicial effort. Fed. R. Civ. P. 83; Local Rule 123(a)(2) and (3).  More specifically, the proposed AMPORTS

consent decree is contingent on the Court approving the proposed consent decree in the case against the United States.  If the Court does not approve the United States consent decree, DTSC will withdraw its consent to the AMPORTS consent decree.

Dated:  March 14, 2018

Respectfully submitted,

XAVIER BECERRA
Attorney General of California
SUSAN S. FIERING
Supervising Deputy Attorney General


 /s/ Rose B. Fua
ROSE B. FUA
HEATHER C. LESLIE
Deputy Attorneys General
*Attorneys for California Department of Toxic Substances Control*

OK2015950029
90922774.docx