UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL, EX REL., BARBARA A. LEE, DIRECTOR OF THE DEPARTMENT OF TOXIC SUBSTANCES CONTROL,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 2:16-CV-02897 JAM-AC<br><br>**RELATED CASE ORDER** |
| CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL,<br><br>Plaintiff,<br><br>v.<br><br>APS WEST COAST, INC., dba AMPORTS, a California (formerly known as "BENICIA INDUSTRIES, INC."),<br><br>Defendant. | Case No. 2:18-CV-00548 MCE-AC |
| CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL,<br><br>Plaintiff,<br><br>v.<br><br>HISTORIC ARSENAL PARK LLC, UNICO INDUSTRIAL SERVICE CO., GORDON POTTER, and VIRGINIA POTTER ELLIOTT,<br><br>Defendants. | Case No. 2:18-CV-00550 TLN-AC |

1

| | |
|---|---|
| CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL, | ) ) ) |
| Plaintiff, | ) Case No. 2:18-CV-00551 MCE- |
| v. | ) KJN ) |
| BENICIA INTERNATIONAL ASSOCIATES, L.P., | ) ) ) |
| Defendant. | ) ) |

Examination of the above-entitled actions reveals that these actions are related within the meaning of Local Rule 123 (E.D. Cal. 2005). Accordingly, the assignment of the matters to the same judge and magistrate judge is likely to affect a substantial savings of judicial effort and is also likely to be convenient for the parties.

The parties should be aware that relating the cases under Local Rule 123 merely has the result that these actions are assigned to the same judge and magistrate judge; no consolidation of the actions is effected. Under the regular practice of this court, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that the actions denominated 2:18-CV-00548 MCE-AC, 2:18-CV-00550 TLN-AC, and 2:18-CV-00551 MCE-KJN be reassigned to Judge John A. Mendez and Magistrate Judge Allison Claire for all further proceedings, and any dates currently set in this reassigned case _only_ are hereby VACATED. Henceforth, the caption on documents filed in the reassigned cases shall be shown as 2:18-CV-00548 JAM-AC, 2:18-CV-00550 JAM-AC, and 2:18-CV-00551 JAM-AC.

///

///

IT IS FURTHER ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

IT IS SO ORDERED.

Dated: March 16, 2018        /s/ John A. Mendez_____
                             JOHN A. MENDEZ
                             United States District Court Judge