XAVIER BECERRA
Attorney General of California
SUSAN S. FIERING, State Bar No. 121621
Supervising Deputy Attorney General
ROSE B. FUA, State Bar No. 119757
HEATHER C. LESLIE, State Bar No. 305095
Deputy Attorneys General
 1515 Clay Street, 20th Floor
 P.O. Box 70550
 Oakland, CA 94612-0550
 Telephone: (510) 879-0190
 Fax: (510) 622-2270
 E-mail: Rose.Fua@doj.ca.gov
*Attorneys for California Department of Toxic Substances Control*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL,**<br><br>Plaintiff,<br><br>v.<br><br>**APS WEST COAST, INC., dba AMPORTS, a California corporation (formerly known as "BENICIA INDUSTRIES, INC.")**<br><br>Defendant. | 2:18-CV-00548-JAM-AC<br><br>**NOTICE OF MOTION AND MOTION FOR APPROVAL AND ENTRY OF CONSENT DECREE**<br><br>Date: August 21, 2018<br>Time: 1:30pm<br>Dept: 6<br>Judge: John A. Mendez<br>Trial Date: None set.<br>Action Filed: March 14, 2018 |

**NOTICE OF MOTION AND MOTION**

TO THE COURT, THE PARTIES, AND COUNSEL OF RECORD:

NOTICE IS HEREBY GIVEN THAT, on August 21, 2018 at 1:30 p.m. or as soon thereafter as this matter can be heard, in the courtroom of the Honorable John A. Mendez, in the United States District Court for the Eastern District of California, 501 I Street, Sacramento, California, plaintiff the Department of Toxic Substances Control ("DTSC") will, and hereby does, move the Court to approve and enter as a judgment of the Court, pursuant to 42 U.S.C. § 9613(f), a Consent Decree between DTSC and the defendant, APS West Coast, Inc. dba AMPORTS, a California Corporation, formerly known as Benicia Industries, Inc.

Dated: July 5, 2018

Respectfully Submitted,

XAVIER BECERRA
Attorney General of California
SUSAN S. FIERING
Supervising Deputy Attorney General

/s/ Heather C. Leslie

HEATHER C. LESLIE
ROSE B. FUA
Deputy Attorneys General
*Attorneys for the California Department of Toxic Substance Control*

OK2015950029
33399535.docx

1

Notice of Mtn. & Mtn. for Approval & Entry of Consent Decree (2:18−CV−00548−JAM−AC)