FILED

AUG 2 1 2018

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
            DEPUTY CLERK

1  XAVIER BECERRA
   Attorney General of California
2  SUSAN S. FIERING, State Bar No. 121621
   Supervising Deputy Attorney General
3  ROSE B. FUA, State Bar No. 119757
   HEATHER C. LESLIE, State Bar No. 305095
4  Deputy Attorneys General
   1300 I Street, Suite 125
5  P.O. Box 944255
   Sacramento, CA 94244-2550
6  Telephone: (916) 210-7832
   Fax: (916) 327-2319
7  E-mail: Heather.Leslie@doj.ca.gov
   *Attorneys for California Department of Toxic*
8  *Substances Control*

9

10              IN THE UNITED STATES DISTRICT COURT

11           FOR THE EASTERN DISTRICT OF CALIFORNIA

12

| CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL, | 2:18-CV-00548-JAM-AC |
|---|---|
| Plaintiff, | [PROPOSED] ORDER AND JUDGMENT |
| v. | Date: August 21, 2018 |
| | Time: 1:30pm |
| APS WEST COAST, INC., dba AMPORTS, a California corporation (formerly known as "BENICIA INDUSTRIES, INC.") | Dept: 6 |
| | Judge: John A. Mendez |
| | Trial Date: None set. |
| | Action Filed: March 14, 2018 |
| Defendant. | |

21        Pursuant to the motion of the Plaintiff, the California Department of Toxic Substances

22  Control ("DTSC"), and for good cause shown, the Court finds that the Consent Decree between

23  DTSC, and the Defendant, APS West Coast, Inc. dba AMPORTS, a California Corporation,

24  formerly known as Benicia Industries, Inc., is fair, reasonable, and consistent with the objectives

25  of the Comprehensive Environmental Response, Compensation, and Liability Act, 42 U.S.C. §§

26  9601-9675. Accordingly, the Consent Decree as attached hereto is approved and entered as a

27  judgment of the Court.

28  ///

1

**IT IS SO ORDERED, ADJUDGED, AND DECREED:**

Dated: _August 21, 2018_

Hon. John A. Mendez
United States District Court